■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL LASALLE, Appellant. [644 NYS2d 618]

The record is unclear whether defendant was present at the *Sandoval* hearing, and, since, the decision rendered was not wholly favorable to him, we remand to the trial court for a hearing on this issue, and hold the appeal in abeyance pending such hearing (*People v Rodriguez*, 216 AD2d 16; *see also*, *People v Monclavo*, 87 NY2d 1029). Concur—Murphy, P. J., Rosenberger, Rubin and Williams, JJ.